(April 12, 1962)

■   LOUIS NAPOLI, as Administrator of the Estate of MARY NAPOLI, Deceased, et al., Respondents, v. ST. PETER'S HOSPITAL OF BROOKLYN, NEW YORK, et al., Appellants, et al., Defendants.— Motion by appellants for a stay, pending

appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it on May 4, 1962; appeal ordered on the calendar for said date. The record and appellants' brief must be served and filed on or before April 27, 1962. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.